JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY HANSON and JOHN RENNEL, on behalf of themselves and all others similarly situated, | Case No.: CV 10-6945 DSF (PLAx) |
| Plaintiffs, | JUDGMENT |
| vs. | |
| MORGAN STANLEY SMITH BARNEY LLC and DOES 1-50, inclusive, | |
| Defendants. | |
| _____ | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ruled in favor of defendants on a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 5/25/11 _____

_____
Dale S. Fischer
United States District Judge